USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
: 
MISAEL AVILA, :
:
Plaintiff, :
: 24-CV-6397 (VEC)
-against- :
: ORDER
:
SAR GROUP INC., SERGIO RAYMUNDO & :
CESAR HERNANDEZ, :
:
Defendants. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS Plaintiff filed this lawsuit on August 23, 2024, *see* Dkt. 1;

WHEREAS Plaintiff filed affidavits reflecting timely service of a summons and the Complaint on Defendants, *see* Dkts. 10-12; and

WHEREAS Defendants have failed to appear, answer, or otherwise respond to the Complaint by the September 26, 2024 and October 1, 2024 deadlines respectively, *see* Fed. R. Civ. P. 12(a)(1).

IT IS HEREBY ORDERED that Plaintiff must apply for a default judgment against Defendants, consistent with the procedures described in Attachment A to the Undersigned's Individual Practices in Civil Cases by not later than **November 20, 2024**, or the case will be dismissed for failure to prosecute.

**SO ORDERED.**

Date: October 30, 2024
New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**