UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
MISAEL AVILA, individually and on behalf of
all others similarly situated,

                Plaintiffs,

-against-

SAR GROUP INC,, SERGIO ARTURO
RAYMUNDO, individually, and CESAR
DAVID HERNANDEZ, individually,

                Defendants.
---------------------------------------------------------X

Case No.: 1:24-cv-6397

**DEFAULT JUDGMENT**

      NOW THEREFORE, this action having been commenced on August 26, 2024 by the filing of the Summons, civil cover sheet and Complaint, and a copy of the same having been served on the Defendants SAR GROUP INC., SERGIO ARTURO RAYMUNDO, and CESAR DAVID HERNANDEZ, ("Defendants"), on September 5 and 10, 2024 (ECF No. 10 – 12); and proof of service having been filed on September 9, 13, and 16, and the Defendants not having answered the complaint, and the time for answering the complaint having expired, it is:

      ORDERED, ADJUDGED AND DECREED: That the Plaintiff has judgment against the Defendants, as follows:

      ORDERED default judgment is hereby entered against ALL DEFENDANTS, jointly and severally, under the FLSA and NYLL for unpaid overtime, failure to provide wage notice and wage statements, and for damages pursuant to the Construction Industry Fair Play Act;

      ORDERED that pursuant to this default judgment, Plaintiff be awarded the following amounts, as set forth in more detail in the Damages Chart: $16,858.63;

      ORDERED that attorneys' fees are awarded in the amount of $9,650 and costs in the amount of $755.31to Sacco & Fillas LLP for a total of $10,405.31;

ORDERED that the claims of all Collective and Class Action Members who did not receive awards pursuant to this Order & Judgment are dismissed without prejudice and their statute of limitations period tolled from the date of this Order.

Dated: _____

                                                    SO ORDERED

                                         _____
                                         HONORABLE VALERIE E. CAPRONI
                                         UNITED STATES DISTRICT JUDGE