USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _1/7/25_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                               :

MISAEL AVILA,                        :
                               :
                 Plaintiff,     :
                               :         24-CV-6397 (VEC)
            -against-         :
                               :            ORDER
SAR GROUP INC., SERGIO RAYMUNDO &    :
CESAR HERNANDEZ,          :
                               :
                Defendants.   :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS the Court held a show cause hearing (the "hearing") regarding Plaintiff's

motion for default judgment on January 7, 2025;

      WHEREAS Defendants failed to appear at the hearing; and

      WHEREAS the Undersigned did not enter the default judgment due to various issues

regarding Plaintiff's damages calculation.

      IT IS HEREBY ORDERED that Plaintiff must resubmit his application for damages

removing the calculated fees for statutory violations for the reasons stated at the hearing and

must also provide additional information regarding his application for attorneys' fees by no later

than **January 17, 2025**.

      IT IS FURTHER ORDERED that Plaintiff must serve his application for damages and

fees on Defendants and file proof of service on ECF by **January 17, 2025**.

**SO ORDERED.**

Date:  **January 7, 2025**
        **New York, NY**

                                    **VALERIE CAPRONI**
                               **United States District Judge**