```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/16/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MISAEL AVILA, individually and on behalf of all
others similarly situated,

                              Plaintiff,

                             -against-

SAR GROUP INC., SERGIO ARTURO
RAYMUNDO, individually, and CESAR DAVID
HERNANDEZ, individually,

                              Defendants.
-----------------------------------------------------------------X

24-CV-6397 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS Plaintiff Misael Avila ("Plaintiff") seeks an Order pursuant to Federal Rules of Civil Procedure ("FRCP") 55(b)(2) and Rule 55.2(c) of the Local Civil Rules for the United States District Court for the Southern District of New York ("SDNY"), entering a default judgment against Defendants SAR Group Inc., Sergio Arturo Raymundo, and Cesar David Hernandez ("Defendants").

      IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that a Default Judgment is entered in favor of Plaintiff against all Defendants jointly and severally, under the FLSA and NYLL for unpaid overtime. Plaintiff is awarded damages in the amount of $4,392.90, as set forth in more detail in Exhibit A to the Affirmation of Madeline Howard at Dkt. 33.

      IT IS FURTHER ORDERED that Plaintiff is awarded attorneys' fees and costs incurred in connection with the filing of this lawsuit and the Default Judgment motion in the amount of $4,250 in fees and $755.31 in costs to Sacco & Fillas LLP for a total of $5,005.31.

      IT IS FURTHER ORDERED that the claims of all Collective and Class Action

Members who did not receive awards pursuant to this Order & Judgment are dismissed without prejudice.

IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

Date: January 16, 2025
New York, New York

**VALERIE CAPRONI**
**United States District Judge**