UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

MISAEL AVILA, individually and on behalf of all others similarly situated,

                       Plaintiff,

            -against-

SAR GROUP INC., SERGIO ARTURO RAYMUNDO, individually, and CESAR DAVID HERNANDEZ, individually,

                      Defendants.

------------------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 5/5/2026

24-CV-6397 (VEC)

ORDER & JUDGMENT

VALERIE CAPRONI, United States District Judge:

WHEREAS Plaintiff Misael Avila ("Plaintiff") sought an Order pursuant to Federal Rules of Civil Procedure 55(b)(2) and Rule 55.2(c) of the Local Civil Rules for the United States District Court for the Southern District of New York, entering a default judgment against Defendants SAR Group Inc., Sergio Arturo Raymundo, and Cesar David Hernandez ("Defendants");

WHEREAS on January 16, 2025, the Court entered a Default Judgment in favor of Plaintiff against Defendants jointly and severally, Dkt. 34;

WHEREAS Plaintiff was awarded damages in the amount of $4,392.90 and attorneys' fees and costs in the amount of $5,005.31, Dkt. 34;

WHEREAS the claims of all collective and class action members who did not receive awards pursuant to the Order and Judgment were dismissed without prejudice, Dkt. 34; and

WHEREAS as directed at Dkt. 34, the Clerk of Court closed the case.

IT IS HEREBY ORDERED that the Clerk of Court is respectfully directed to enter

judgment for Plaintiff as specified above.


**SO ORDERED.**

**Date:  May 5, 2026**
      **New York, New York**

                                        **VALERIE CAPRONI**
                                    **United States District Judge**

2