**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
 MISAEL AVILA, individually and on behalf of all
others similarly situated,

                              Plaintiff,

          -against-                                    24 **CIVIL** 6397 (VEC)

                                              **DEFAULT JUDGMENT**

SAR GROUP INC., SERGIO ARTURO
RAYMUNDO, individually, and CESAR DAVID
HERNANDEZ, individually,

                              Defendants.
------------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated January 16, 2025, and the Court's Order dated May 5, 2026,

Default Judgment is entered in favor of Plaintiff against all Defendants jointly and severally,

under the FLSA and NYLL for unpaid overtime. Plaintiff is awarded damages in the amount of

$4,392.90, as set forth in more detail in Exhibit A to the Affirmation of Madeline Howard at Dkt.

33. IT IS FURTHER ORDERED that Plaintiff is awarded attorneys' fees and costs incurred in

connection with the filing of this lawsuit and the Default Judgment motion in the amount of

$4,250 in fees and $755.31 in costs to Sacco & Fillas LLP for a total of $5,005.31. IT IS

FURTHER ORDERED that the claims of all Collective and Class Action Members who did not

receive awards pursuant to this Order & Judgment are dismissed without prejudice.; accordingly,

the case is closed.

**Dated:** New York, New York

May 6, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**
